IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

BRENT LEE NEWBOLD,

      Debtor.

_____

ALLY BANK,

      Garnishee.

_____

Case No. 2:23-MC-00163-DJC-JDP

**ORDER TERMINATING WRIT OF GARNISHMENT**

Criminal Case No. 2:14-CR-00223-DJC

      The Court, having reviewed the court files, the United States of America's request for entry of a final garnishment order, and the parties' Settlement Agreement, and good cause appearing therefrom, hereby APPROVES the Settlement Agreement in its entirety.  Accordingly, IT IS ORDERED that:

      1.     Garnishee Ally Bank is directed to release all funds frozen pursuant to this writ of garnishment to the owner(s) of the accounts.

      2.     The writ of garnishment is terminated.

      3.     All parties will bear their own fees, expenses, and costs.

///

///

1    4.    The Clerk of the Court is directed to close this case.

2    IT IS SO ORDERED.

3

4   Dated:  November 4, 2024                    /s/ Daniel J. Calabretta

5                                              THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28